

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 9:34:49 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 4TH COURT OF APPEALS

Trial Court Style: ESTATE OF JACK HIROMI IKENAGA, SR., DECEASED

Trial Court No.: 2011PC4330

I am the official responsible for preparing the **clerk's record**/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: 12/11/2014
The record was originally due: 02/03/2015
I anticipate the length of the record to be: VERY LARGE POSSIBLY 6 VOLUMES

I am unable to file the record by the date such record is due because [check one]:

☑ **the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.**

☑ **my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:**
    HAVE FOUR NEW EMPLOYEES THAT I AM RESPONSIBLE FOR TRAINING AT THIS TIME

☑ Other. Explain [attach additional pages if needed]: THE RECORD IS VERY LARGE AND IN 4 BOXES THE ATTORNEY REQUESTED ALL PROCEEDINGS THE COST IS $5, 260

I anticipate the record will be completed by: 04/01/2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 3/4/15

Signature: Dolores R. Zaragoza

Printed Name: Dolores R. Zaragoza

Title: Lead Clerk Probate Department

Rev. 1.8.14